EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 02 2002

at __ o'clock and __ min. __
WALTER A. Y. H. CHINN, CLERK

SEALED
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00287 SOM |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 841, 846 |
| | ) | and 18 U.S.C. § 2] |
| REBECCA KAMAKAWIWOOLE, (01) | ) | |
| ERIC KOMENAKA, (02) | ) | |
| GRANT MACK, and (03) | ) | |
| HARRISON CHAI, (04) | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

Count 1:

The Grand Jury charges:

From on or about November 2001, to and including February 12, 2002, in the District of Hawaii, and elsewhere,

**REBECCA KAMAKAWIWOOLE,
ERIC KOMENAKA
GRANT MACK, and
HARRISON CHAI**

defendants herein, did willfully and unlawfully conspire together with each other and others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute, and distribute, in excess of fifty (50) grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

It was the object of the aforesaid conspiracy to possess for distribution cocaine base in Hawaii.

## OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendants performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1. On November 23, 2001, REBECCA KAMAKAWIWOOLE distributed approximately 12 grams of cocaine base to a confidential source.

2. On November 27, 2001, REBECCA KAMAKAWIWOOLE distributed approximately 11.2 grams of cocaine base to a confidential source.

3. On November 30, 2001, REBECCA KAMAKAWIWOOLE and ERIC KOMENAKA together distributed approximately 46.4 grams of cocaine base to a confidential source and a DEA special agent working in an undercover capacity.

4.  On January 4, 2002, REBECCA KAMAKAWIWOOLE distributed to GRANT MACK 50.8 grams of cocaine base.

5.  On January 4, 2002, GRANT MACK distributed approximately 50.8 grams of cocaine base to a confidential source and a DEA special agent working in an undercover capacity.

6.  On February 12, 2002, HARRISON CHAI distributed to 27.9 grams of cocaine base to a confidential source and a DEA special agent working in an undercover capacity.

All in violation of Title 21, United States Code, Section 846.

### Count 2:

The Grand Jury further charges:

On or about November 23, 2001, in the District of Hawaii, **REBECCA KAMAKAWIWOOLE**, did knowingly and intentionally possess, with intent to distribute, in excess of five (5) grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 3:

The Grand Jury further charges:

On or about November 27, 2001, in the District of Hawaii, **REBECCA KAMAKAWIWOOLE** and **ERIC KOMENAKA**, did knowingly and intentionally possess, with intent to distribute, in excess of five (5) grams of cocaine base, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18 United States Code Section 2.

### Count 4:

The Grand Jury further charges:

On or about November 30, 2001, in the District of Hawaii, **REBECCA KAMAKAWIWOOLE** and **ERIC KOMENAKA**, did knowingly and intentionally possess, with intent to distribute, in excess of five (5) grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18 United States Code Section 2.

### Count 5:

The Grand Jury further charges:

On or about November 30, 2001, in the District of Hawaii, **REBECCA KAMAKAWIWOOLE** and **GRANT MACK**, did knowingly and intentionally possess, with intent to distribute, in excess of fifty (50) grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18 United States Code Section 2.

Count 6:

The Grand Jury further charges:

On or about February 12, 2002, in the District of Hawaii, **REBECCA KAMAKAWIWOOLE** and **HARRISON CHAI**, did knowingly and intentionally possess, with intent to distribute, in excess of five (5) grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18 United States Code Section 2.

DATED:  Honolulu, Hawaii,  July 2, 2002.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. v. Rebecca Kamakawiwoole, et al.
"Indictment"
Cr. No.