RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop Street, Suite 2606
Honolulu, Hawaii 96813
Telephone:  (808) 524-4406
Facsimile:   (808) 524-4306
Rustam@HonoluluAttorney.com

Attorney for Defendant
REBECCA KAMAKAWIWOOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 02-00287 SOM 01 |
|---|---|
| Plaintiff, | ) <br> ) INITIAL NOTIFICATION |
| vs. | ) RESPONSE TO THE <br> ) ADMINISTRATIVE ORDER <br> ) REGARDING RETROACTIVE |
| REBECCA KAMAKAWIWOOLE, | ) AMENDMENTS TO CRACK <br> ) COCAINE GUIDELINES; |
| Defendant. | ) CERTIFICATE OF SERVICE <br> ) <br> ) |

**INITIAL NOTIFICATION RESPONSE TO THE ADMINISTRATIVE
ORDER REGARDING RETROACTIVE AMENDMENTS
TO CRACK COCAINE GUIDELINES**

COMES NOW, Rustam A. Barbee, having been appointed to

represent the defendant, REBECCA KAMAKAWIWOOLE, in order to determine

if she qualifies for a sentence reduction in accordance with the retroactive

amendments to crack cocaine base offense levels under U.S.S.G. sec. 2D1.1 and 18 U.S.C. sec. 3582 (c).

Counsel has communicated with Ms. Kamakawiwoole concerning the amended guidelines and informed her that her sentence must be examined and evaluated to determine if the retroactive amendment applies to her case.

Counsel has contacted the Assistant United States Attorney assigned to Defendant's case in an effort to reach a stipulated agreement as to a potential sentence reduction for consideration by the Court. Counsel will prepare and file any stipulation if an agreement can be reached. If no agreement is reached, Counsel will conduct further review for filing a motion for sentence reduction pursuant to 18 U.S.C. sec. 3582 (c).

DATED: Honolulu, Hawaii, May 14, 2008.

RUSTAM A. BARBEE
Attorney for Defendant
REBECCA KAMAKAWIWOOLE

## CERTIFICATE OF SERVICE

I, RUSTAM A. BARBEE, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on May 14, 2008.

> CHRIS A. THOMAS, ESQ.
> Assistant United States Attorney
> PJKK Federal Building
> 300 Ala Moana Boulevard, Room 6-100
> Honolulu, Hawaii 96850
>
> Attorney for Plaintiff
> UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, May 14, 2008.

_____
RUSTAM A. BARBEE
Attorney for Defendant
REBECCA KAMAKAWIWOOLE