ORIGINAL

RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop St., Suite 2606
Honolulu, Hawaii 96813
Telephone:  (808) 524-4406
Facsimile:   (808) 524-4306
Email: Rustam@HonoluluAttorney.com

Attorney for Defendant
REBECCA KAMAKAWIWOOLE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 09 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REBECCA KAMAKAWIWOOLE,<br><br>Defendant. | CR. NO. 02-00287-01 SOM<br><br>NOTICE OF MOTION;<br>DEFENDANT'S MOTION FOR<br>REDUCTION OF TERM OF<br>IMPRISONMENT PURSUANT TO<br>18 U.S.C. § 3582(c)(2);<br>MEMORANDUM OF LAW IN<br>SUPPORT OF MOTION;<br>DECLARATION OF COUNSEL;<br>CERTIFICATE OF SERVICE |

**NOTICE OF MOTION**

TO:   EDWARD H. KUBO, JR
      United States Attorney

      CHRIS A. THOMAS
      Assistant United States Attorney
      300 Ala Moana Blvd., 6th floor
      Honolulu, HI 96850

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable Susan Oki Mollway, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, 2008 at \_\_\_\_.m., or as soon as counsel may be heard.

RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop St., Suite 2606
Honolulu, Hawaii 96813
Telephone:  (808) 524-4406
Facsimile:   (808) 524-4306
Email: Rustam@HonoluluAttorney.com

Attorney for Defendant
REBECCA KAMAKAWIWOOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 02-00287-01 SOM |
|---|---|
| Plaintiff, | ) <br> ) DEFENDANT'S MOTION FOR <br> ) REDUCTION OF TERM OF |
| vs. | ) IMPRISONMENT PURSUANT TO <br> ) 18 U.S.C. § 3582(c)(2) |
| REBECCA KAMAKAWIWOOLE, | ) |
| Defendant. | ) |
|  | ) |

## DEFENDANT'S MOTION FOR REDUCTION OF
## TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. § 3582(c)(2)

Defendant, Rebecca Kamakawiwoole, through her counsel, Rustam A. Barbee, hereby moves this Honorable Court for a reduction in the sentence imposed in this case on February 14, 2005. This motion is made pursuant to 18 U.S.C. § 3582(c)(2) and is based upon the attached memorandum and Declaration

of counsel and upon such further argument and evidence as may be presented at the hearing on this motion.

DATED: Honolulu, Hawaii, September 9, 2008.

_____
RUSTAM A. BARBEE
Attorney for Defendant
REBECCA KAMAKAWIWOOLE