IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-00287-01 SOM |
| | ) |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| | ) |
| vs. | ) |
| | ) |
| REBECCA KAMAKAWIWOOLE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## DECLARATION OF COUNSEL

I, RUSTAM A. BARBEE, hereby declare as follows:

1.    That I am counsel for defendant, REBECCA

KAMAKAWIWOOLE, having been appointed pursuant to the Criminal Justice

Act.

2.    That the facts and statements set forth in the foregoing

document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE

FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY

KNOWLEDGE AND BELIEF.

DATED:   Honolulu, Hawaii, September 9, 2008.

RUSTAM A. BARBEE
Attorney for Defendant
REBECCA KAMAKAWIWOOLE