# CERTIFICATE OF SERVICE

I, RUSTAM A. BARBEE, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on March 25, 2008:

CHRIS A. THOMAS, ESQ.
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, 6th Floor
Honolulu, Hawaii   96850

Attorney for Plaintiff
UNITED STATES OF AMERICA


DATED:   Honolulu, Hawaii, September 9, 2008.

_____
RUSTAM A. BARBEE
Attorney for Defendant
REBECCA KAMAKAWIWOOLE