# RUSTAM A. BARBEE

**Attorney at Law**

1188 Bishop Street, Suite 2606 Honolulu, Hawaii  96813  (808) 524-4406 Fax (808) 524-4306

## TRANSMITTAL LETTER

TO:   Clerk of District Court

**RECEIVED**
CLERK U.S. DISTRICT COURT

SEP 09 2008

DISTRICT OF HAWAII

DATE:   9/9/08
TIME:   4:30 p.m.

RE:   LATE FILING-
NOTICE OF MOTION; DEFENDANT'S MOTION FOR REDUCTION OF TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. § 3582(c)(2); MEMORANDUM OF LAW IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE

COMMENTS:

Please file the enclosed documents and leave any extra copies for pick up in my attorney file. Thank you.